# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157771

HELEN KAYE MUELLER, Personal
Representative of the Estate of TRAVIS
LEE PETERSON,
          Plaintiff-Appellant,

v

BRANNIGAN BROTHERS RESTAURANTS
AND TAVERNS LLC, AUSTIN SMITH,
DONALD SUTTLE, JR., MARK McCLAIN,
and SHAFEEK KANAVEH,
          Defendants-Appellees,

and

API EDEN ROCK INC, d/b/a BRANNIGAN
BROTHERS,
          Defendant.
_____/

SC: 157771
COA: 335501
Ingham CC: 13-001379-NO

On order of the Court, the application for leave to appeal the April 3, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2018



d1212

Clerk